**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 07 2019 ★

LONG ISLAND OFFICE

| | |
|---|---|
| Britney Rudler,<br><br>                                    *Plaintiff,*<br><br>v.<br><br>Houslanger & Associates, PLLC, Todd Houslanger, Esq., and Bryan Bryks, Esq.,<br><br>                                    *Defendants.* | JUDGMENT, PURSUANT TO FED. R. CIV. P. 68, AGAINST:<br>HOUSLANGER & ASSOCIATES, PLLC;<br>TODD HOUSLANGER, ESQ.;<br>AND<br>BRYAN BRYKS, ESQ.<br><br>18-CV-07068 (SJF) (AYS) |

WHEREAS, plaintiff Britney Rudler commenced this action by filing a complaint in this action on December 12, 2018, alleging that defendant law firm Houslanger & Associates, PLLC, and attorney defendants Todd Houslanger, Esq. and Bryan Bryks, Esq., violated her federal and state law rights; and

WHEREAS, all defendants deny any liability arising out of plaintiff's allegations; and

WHEREAS, on December 24, 2018, defendants collectively made an Offer of Judgment (the "Offer") allowing plaintiff to take judgment (this "Judgment") against all defendants in this action pursuant to Rule 68 of the Federal Rules of Civil Procedure; and

WHEREAS, on January 7, 2019, plaintiff accepted defendants' Offer pursuant to the terms provided therein;

NOW, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, final judgment is entered in favor of plaintiff Britney Rudler against all defendants in this action for the total sum of One Thousand Two Hundred Dollars and No Cents ($1,200.00), plus any accrued costs and

reasonable attorneys' fees as determined by the Court to be incurred before, up through, and including the date of the Offer (December 24, 2018).

2. The Judgment shall be in full satisfaction of all claims arising out of the alleged acts and omissions of the defendants, in connection with the facts and circumstances that are the subject of this action.

3. The Judgment shall not be construed as an admission of liability by any defendant, nor is it an admission by any defendant that plaintiff has suffered any damage.

Dated: Central Islip, New York
February 7, 2019

*The case is closed.*

s/ Sandra J. Feuerstein

_____
HON. SANDRA J. FEUERSTEIN

To: VIA ECF
J. REMY GREEN
Cohen&Green P.L.L.C.
*Attorneys for Plaintiff*
1639 Centre Street, Suite 216
Ridgewood, NY 11385
remy@femmelaw.com
(929) 888-9480

To: VIA ECF
Todd E. Houslanger
Houslanger & Associates, PLLC
*Attorneys for Defendants*
372 New York Avenue
Huntington, NY 11743
teh@toddlaw.com
(631) 427-1140