

# TIME'S UP Legal Defense Fund™
# Attorney Funding Agreement

This Agreement, entered into among National Women's Law Center Fund LLC ("Fund"), J. Remy Green of Cohen&Green, P.L.L.C. ("Counsel") and Counsel's client, ▇▇▇▇▇▇ ("Represented Individual") (collectively, "Parties") sets out the terms and conditions pursuant to which the Fund will provide funding for legal expenses/costs and/or attorney's fees in the matter ("Matter") described in ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ "Grant Fund Application"). The Fund, Counsel, and Represented Individual agree to the following terms and conditions:

1. <u>Funding Provided.</u>
The Fund will pay for those costs/expenses in this Matter listed in Schedule A. Unless the Fund and Counsel agree in writing that the Fund will prepay any cost or expense, Counsel shall submit receipts for these costs/expenses for reimbursement by the Fund via monthly invoice and the Fund will reimburse Counsel within 30 days of invoice. If an actual cost/expense exceeds the estimate set out in Schedule A by more than 15 percent, the Fund reserves the right to exclude this excess from its reimbursement.

The Fund will pay a portion of the attorney's fees in this Matter, at a rate of $300.00/hour up to a maximum of $▇▇▇▇▇▇ for the purposes set out in Schedule A for fees incurred after November 15, 2018. Counsel shall submit a monthly statement of hours worked in this Matter in a form to be determined by the Fund. The Fund shall pay its previously-agreed monthly portion of fees (i.e., the rate set out above) to Counsel within 30 days of receipt of such statement.

2. <u>Repayment Obligation in the Event of Recovery.</u> To the extent the Represented Individual and/or Counsel have a legal right to recovery of costs and/or attorney's fees, Represented Individual and Counsel agree to use best efforts, to the extent consistent with the interests of Represented Individual, to recover costs and fees. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇